# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Tonya M. Jenkins | ) | C.A. No.: 07-607 |
| | ) | |
| Plaintiff | ) | Jury Trial Demanded |
| v | ) | |
| | ) | |
| David B. Hughes and | ) | |
| Drug Enforcement Administration | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**FILED OCT -3 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

## COMPLAINT

### INTRODUCTION

1. This is an action brought pursuant to the Federal Tort Claim Act 28 USCA §1346

### PARTIES

2. Plaintiff Tonya M. Jenkins (hereinafter referred to as "Plaintiff") is and was at all times relevant to this Complaint a resident of the State of Delaware now residing in Kent County and whose address is 166 York Drive, Smyrna, Delaware 19977. Plaintiff filed this action against the Defendants for damages stemming from a motor vehicle accident occurring in New Castle County, State of Delaware on November 17, 2005.

3. Defendant, David B. Hughes (hereinafter referred to as "Hughes") gave as his residence as 23 Southgate Boulevard, New Castle, Delaware 19726 and produced a Maryland driver's license.

4. Defendant Drug Enforcement Administration is an agency of the Federal Government (hereinafter referred to as "DEA"). Hughes at all relevant times was an employee agent or servant of DEA.

### JURISDICTION

5. Jurisdiction is founded on the existence of a question arising under a Federal Statute. This action is brought under the Federal Tort Claim Act 28 USCA § 1346

6.   Venue is proper in this court since the motor vehicle accident occurred in the State of Delaware. Allegedly the Defendant Hughes resides in New Castle County, State of Delaware.

7.   At all relevant times the activities and actions of Hughes were in connection with his employment with DEA.

## COUNT I

8.   On or about November 17, 2005 the Plaintiff was operating a motor vehicle on Northbound US Route 13 in the far right lane. She brought her motor vehicle to a stop. She was going to drive off US Route 13 Northbound onto I. 295 when a motor vehicle operated by Hughes came out of Boulden Boulevard, accelerated and struck her motor vehicle in the rear.

9.   Hughes' negligence was the proximate cause of the motor vehicle collision.

10.  Hughes was negligent in that he:

   (1) Failed to keep a proper lookout

   (2) Failed to keep proper control over his motor vehicle

   (3) Drove in a careless and inattentive manner in violation of 21 Del C §4176 (b)

11.  As a direct and proximate result of the negligence of Hughes aforesaid the Plaintiff sustained personal injury and experienced pain and suffering and will continue to do so due to the permanent nature of her injuries.

12.  As a direct and proximate result of the negligence of Hughes aforesaid, the Plaintiff incurred medical expenses and will continue to do so in the future due to permanent nature of her injuries.

13.  As a direct and proximate result of the negligence of Hughes aforesaid, the Plaintiff incurred loss of income and will continue to do so due to the permanent nature of her injuries.

## COUNT II

14.  Plaintiff repeats and incorporates herein the allegations of paragraphs,1 through

15.  At all times Hughes was acting as the employee, agent or servant of DEA and his negligence aforesaid is imputed to DEA.

WHEREFORE the Plaintiff demands judgment for compensatory damages in such amount as a duly constituted jury shall award, post judgment interest and costs.

                                                                                           _____
                                                                                           Clifford B. Hearn, Jr. (129)
                                                                                           Odessa Professional Park, Suite 240
                                                                                           P.O. Box 512
                                                                                           Odessa, DE  19730
                                                                                           (302) 378-4827
                                                                                           Attorney for Plaintiff

Dated: October 3, 2007

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

07-607

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Tonya M. Jenkins

**(b)** County of Residence of First Listed Plaintiff: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Clifford B. Hearn, Jr., P.O. Box 521
Odessa, DE 19730  (302) 378-4827

## DEFENDANTS
David B. Hughes and
Drug Enforcement Administration

County of Residence of First Listed Defendant: New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

2007 OCT -3 PM 12: [?]
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** |
| ☐ 195 Contract Product Liability | | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 861 HIA (1395ff) |
| ☐ 196 Franchise | | | | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | | ☐ 865 RSI (405(g)) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | 850 Securities/Commodities/ Exchange |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 891 Agricultural Acts |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 892 Economic Stabilization Act |
| | | | | | ☐ 893 Environmental Matters |
| | | | | | ☐ 894 Energy Allocation Act |
| | | | | | ☐ 895 Freedom of Information Act |
| | | | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| | | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1346
Brief description of cause:
Motor Vehicle accident caused by Federal Employee

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE _____  DOCKET NUMBER _____

DATE: October 3, 2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  07-607

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__10/3/07__
(Date forms issued)

__[signature]__
(Signature of Party or their Representative)

__Clifford Hearn - #129__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action