IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Tonya M. Jenkins | ) | SUMMONS IN A CIVIL CASE |
| | ) | |
| Plaintiff | ) | C.A. No.: 0 7 - 6 ) ( |
| v | ) | |
| | ) | |
| David B. Hughes and | ) | |
| Drug Enforcement Administration | ) | |
| | ) | |
| Defendant | ) | |

To: David B. Hughes
23 Southgate Boulevard
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney:
Clifford B. Hearn, Jr.,
P.O. Box 521
Odessa, DE 19730

An answer to the Complaint which is served on you with this Summons, within 60 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                     10/3/07
_____                    _____
Clerk                                  Date


_Beth Juric_
_____
(By) Deputy Clerk

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/11/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| KEVIN S. DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DAVE B. HUGHES PERSONALLY AT 23 SOUTHGATE BLVD. NEW CASTLE, DE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/11/07
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

