## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Tonya M. Jenkins                                )          **SUMMONS IN A CIVIL CASE**
                                                )
    Plaintiff                         )          C.A. No.:
           v             )                    ⊃ 7
                                                )
David B. Hughes and                             )
Drug Enforcement Administration                 )
                                                )
    Defendant                         )

To:     Drug Enforcement Administration
        Office of the Chief Counsel
        Civil Litigation Section
        Washington, DC 20537

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney:
        Clifford B. Hearn, Jr.,
        P.O. Box 521
        Odessa, DE 19730

An answer to the Complaint which is served on you with this Summons, within 60 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
_____          ___10/31/07___
Clerk                            Date

_Bee Dunn_
_____
(By) Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | Date 10/12/07 @ 11:03 am |
|---|---|
| Name of Server (Print | Title |
| Lorenzo Kenerson | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the Defendant. Place where served:

☐ Left copies thereof at the Defendant's dwelling house or usual place of abode with person of suitable age and discretion then residing therein.

Name of person with whom the Summons and Complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Ellen Harrison, Attorney CCL/Authorized of the Drug Enforcement Administration at 600 Army Navy Drive, Arlington, VA 22202

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-12-07
        Date

Signature of Server
Brandywine Process Servers
P O Box 1360
Wilmington, DE 19899-1360

Address of Server