IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Tonya M. Jenkins | **SUMMONS IN A CIVIL CASE** |
|     Plaintiff ) | |
|         v ) | C.A. No.:    7   0 7 |
| ) | |
| David B. Hughes and ) | |
| Drug Enforcement Administration ) | |
| ) | |
|     Defendant ) | |

To:   Colm F. Connolly, Esq.
      U.S. Attorney's Office
      1007 N. Orange St, Suite 700
      P.O. Box 2046
      Wilmington, DE 19899-2046

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney:
    Clifford B. Hearn, Jr.,
    P.O. Box 521
    Odessa, DE 19730

An answer to the Complaint which is served on you with this Summons, within 60 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                  10/3/07
_____        _____
Clerk                                                   Date

_____
(By) Deputy Clerk

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/09/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: COLM F. CONNOLLY, ESQ. U.S. ATTORNEY'S OFFICE AT 1007 N. ORANGE ST. WILMINGTON, DE ACCEPTED BY SHARON BREIN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/09/07
           Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.