IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONYA M. JENKINS,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID B. HUGHES and,<br>DRUG ENFORCEMENT<br>ADMINISTRATION<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-607-***-LPS<br>:<br>:<br>:<br>:<br>: |

## STIPULATION TO AMEND CAPTION

Pursuant to 28 U.S.C. 2679(b)(1) of the Federal Tort Claims Act, it is hereby STIPULATED by and between the parties that the caption of this matter be amended to read: *"TONYA M. JENKINS v. UNITED STATES OF AMERICA."*

                                                                              COLM F. CONNOLLY
                                                                              United States Attorney

/s/Clifford B. Hearn, Jr.                        By:/s/Patricia C. Hannigan
Clifford B. Hearn, Jr., Esquire                    Patricia C. Hannigan
Odessa Professional Park, Suite 240       Assistant United States Attorney
P.O. Box 512                                                Delaware Bar I.D. No. 2145
Odessa, DE 19730                              The Nemours Building
(302) 378-4827                                    1007 Orange Street, Suite 700
cbhearnjr@cbhearnlaw.com                  P. O. Box 2046
                                                              Wilmington, DE 19899-2046
                                                              (302) 573-6277
                                                              Patricia.Hannigan@usdoj.gov

       IT IS SO ORDERED this _____ day of December, 2007.

                                                                        HONORABLE LEONARD P. STARK
                                                                        U. S. Magistrate Judge

**Dated: December 7, 2007**