IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TONYA M. JENKINS,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID B. HUGHES and,<br>DRUG ENFORCEMENT<br>ADMINISTRATION<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:   Civil Action No. 07-607-***<br>:<br>:<br>:<br>:<br>: |

## ANSWER OF THE UNITED STATES OF AMERICA

COMES NOW, defendant, United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, and answers plaintiff's complaint as follows:

1. This paragraph contains plaintiff's characterization of this action and conclusions of law, not averments of fact to which an answer is required, but insofar as an answer may be required, Denied.

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in first sentence. Second sentence Admitted.

3. Admitted that Defendant Hughes produced a Maryland driver's license, and Denied that Hughes is a proper defendant.

4. Admitted, except to deny that the Drug Enforcement Administration is a proper defendant.

5. This paragraph contains plaintiff's characterization of this action and conclusions of law, not averments of fact to which an answer is required, but insofar as an answer may be required, Denied.

6. First sentence Admitted. Second sentence Denied.

7. Admitted.

8. First sentence Admitted. Second sentence Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Defendants incorporate by reference paragraphs 1 through 13 of this Answer as if they were set forth fully herein.

15. Denied, except to admit that Hughes was acting within the scope of his DEA employment at the time of the accident.

Defendants hereby specifically deny all the allegations in the Complaint not hereinbefore otherwise answered and aver that plaintiff is entitled to no relief.

### FIRST AFFIRMATIVE DEFENSE

The named defendants enjoy absolute immunity and cannot be sued *eo nomine* under the Federal tort Claims Act. The proper party defendant is the united States of America.

## SECOND AFFIRMATIVE DEFENSE

The damages alleged in the complaint were not proximately caused by a negligent or wrongful act or omission of an employee of the United States.

## THIRD AFFIRMATIVE DEFENSE

The damages alleged in the complaint were proximately caused by a prior, intervening, or superseding act of one other than an employee of the United States.

## FOURTH AFFIRMATIVE DEFENSE

In the event that the Court finds defendants negligent, which negligence defendants deny, the negligence of plaintiff contributed to causing plaintiff's damages and any recovery must be proportionately reduced.

**WHEREFORE,** having fully answered, the defendants pray that the Complaint be dismissed in its entirety, and that judgment be entered in favor of the defendants.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:/s/Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

**Dated: December 7, 2007**