IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TONYA M. JENKINS,:

    Plaintiff,

    v.                                       Civil Action No. 07-607-JJF

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **March 20, 2008,** copies of **DEFENDANT'S STATEMENT OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)** was served, via First Class U.S. Mail, postage prepaid, upon counsel at the following address:

**Clifford B. Hearn, Jr., Esquire**
326 E. Main Street
Middletown 19709
(302-378-4827
cbhearnjr@cbhearnlaw.com

                        COLM F. CONNOLLY
                        United States Attorney

                By: /s/Patricia C. Hannigan
                    Patricia C. Hannigan
                    Assistant United States Attorney
                    Delaware Bar I.D. No. 2145
                    The Nemours Building
                    1007 Orange Street, Suite 700
                    P. O. Box 2046
                    Wilmington, DE 19899-2046
                    (302) 573-6277